UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Melissa Whittaker</u>

        v.                                   Civil No. 05-cv-349-PB

<u>Jo Anne B. Barnhart, Commissioner,</u>
<u>Social Security Administration</u>

<u>O R D E R</u>

After due consideration of defendant's objection and plaintiff's response, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 19, 2006.

    SO ORDERED.

June 18, 2006                                       /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

cc:    Janine Gawryl, Esq.
        David L. Broderick, Esq.